Opinion filed July 24, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00181-CR

_____

## RAYMOND EARL FREEMAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-31,685**

## MEMORANDUM OPINION

Raymond Earl Freeman, Appellant, filed an untimely pro se notice of appeal from his conviction for the offense of manslaughter. We dismiss the appeal.

The documents on file in this case indicate that Appellant's sentence was imposed on October 14, 2005, and that his pro se notice of appeal was filed in the district clerk's office on January 21, 2014. When the appeal was filed in this court, we notified Appellant by letter that the notice of appeal appeared to be untimely.

We requested that Appellant respond on or before July 18, 2014, and show grounds to continue this appeal. We also informed him that the appeal may be dismissed. Appellant has not responded.

Pursuant to TEX. R. APP. P. 26.2, Appellant's notice of appeal was due to be filed within thirty days after the date that his sentence was imposed in open court. A notice of appeal must be in writing and filed with the clerk of the trial court. TEX. R. APP. P. 25.2(c)(1). Appellant's notice of appeal was filed with the clerk of the trial court more than eight years after his sentence was imposed and was, therefore, untimely. Absent a timely filed notice of appeal or the granting of a timely motion for extension of time, we do not have jurisdiction to entertain the appeal. *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108 (Tex. Crim. App. 1993). Because we have no jurisdiction, we must dismiss the appeal.

This appeal is dismissed for want of jurisdiction.

PER CURIAM

July 24, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.